UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA           :

   - V -                                                 :   AFFIRMATION FOR WRIT OF
                                                        HABEAS CORPUS AD
ROBERT LUSTYIK,                           :   PROSEQUENDUM

                                                         13 Cr. 616
        Defendant.                           :
-----------------------------------------------------------x

STATE OF NEW YORK                    )
COUNTY OF WESTCHESTER         :   ss.:
SOUTHERN DISTRICT OF NEW YORK )

       BENJAMIN R. ALLEE, being duly sworn, deposes and says that he is an Assistant United States Attorney for the United States Attorney's Office in the Southern District of New York, that one ROBERT LUSTYIK, (DOB: 6-24-1962) is now incarcerated at Weber County Jail, Ogden, Utah.

       WHEREFORE, your deponent respectfully prays that a writ of habeas corpus ad prosequendum be issued directing the Weber County Jail, Ogden, Utah to release the defendant into the custody of the United States Marshals for the Southern District of New York for an arraignment on an indictment before any Magistrate Judge, and to return him to Weber County Jail only when the writ has been satisfied.

       I declare under penalty of perjury that the foregoing is true and correct.

                                                           _____
                                                           BENJAMIN R. ALLEE
                                                           Assistant United States Attorney