**RAYMOND MANSOLILLO, ESQ.**

rmansolillo@cox.net

RECEIVED OCT 21 2013 CHAMBERS OF VINCENT L. BRICCETTI UNITED STATES DISTRICT JUDGE SOUTHERN DISTRICT OF NEW YORK

October 21, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/13

APPLICATION GRANTED
SO ORDERED:
VB
Vincent L. Briccetti, U.S.D.J.
Dated: 10/21/13
White Plains, NY

Conference scheduled for 10/22/13 is adjourned to 11/5/13 at 10:00 a.m.

<u>VIA FAX</u>

The Honorable Vincent L. Briccetti
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

RE: *United States v. Robert G. Lustyik, Jr, 7:13-cr-00616-VB*

Dear Judge Briccetti:

This letter is written on behalf of Robert G. Lustyik, Jr. and respectfully requests an adjournment of his upcoming hearing, which is currently scheduled for Tuesday October 22, 2013, for a two week period. I learned last evening my father-in-law of 20 years is gravely ill and his passing is imminent. Family has been advised, by his doctors at Massachusetts General Hospital, to postpone all travel. The only dates I will not be available are November 10-11 & 12, 2013.

I have notified by email this morning the following: Mr. Allee & Ray Woods – responded – "find a day next week that works for them and the Court, and if all parties agree to the exclude time during the brief adjournment they will not object to rescheduling the conference. Both Mr. Allee & Rae Woods are available next week". Jason Ser responded and agrees. Brad Henry "read at 12:43 pm". Joe Vita has yet to respond (as of 1:49 pm).

My apology to your Honor and the Court for this inconvenience.

Thank you for your consideration in this matter.

Respectfully submitted,

*Raymond Mansolillo, Esq.*
Raymond Mansolillo, ESQ.

101 Federal Street, Suite 1900 Boston, Massachusetts 02110 p.617-342-7181 f. 617-342-7080