UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

　　　- v. -

ROBERT LUSTYIK,
JOHANNES THALER, and
RIZVE AHMED,
　　a/k/a "Caesar,"

　　　　　　　　Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

13 Cr. 616 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY [FILED]
DOC #:
DATE FILED: 10/29/13

　　　　Upon the application of the Government, by and through Assistant United States Attorney Benjamin Allee, on consent of the defendants, by and through their attorneys, it is hereby ORDERED that the time between October 29, 2013 and November 5, 2013 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

　　　　The court finds that the ends of justice served by granting the exclusion outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the parties to appear for a conference before the Court and to prepare for the Curcio hearing, and will permit counsel to review discovery in preparation for motions and/or trial.

Dated:　　White Plains, New York
　　　　　October 29, 2013

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE VINCENT L. BRICCETTI
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE