UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
:
UNITED STATES OF AMERICA      :
:
- v. -    :
:
ROBERT LUSTYIK,    :
JOHANNES THALER, and    :
RIZVE AHMED,    :
   a/k/a "Caesar,"    :
:
:
Defendants.   :
:
-------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/14

13 Cr. 616 (VB)

PROTECTIVE ORDER
WITH RESPECT TO
CERTAIN DISCOVERY

VINCENT L. BRICCETTI, *District Judge*.

This matter comes before the Court on the Government's motion and the declarations of Government officials (collectively, the "Government Submission"). The Government Submission was filed ex parte, in camera, with the Court on June 30, 2014: