# THE BLANCH LAW FIRM  A Professional Corp.

261 Madison Avenue, 12th Floor ● New York, New York 10016 ● Tel. 212.736.3900 ● Fax 212.736.3910

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/7/14

October 7, 2014

The Hon. Vincent L. Bricetti
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 10/7/14
White Plains, NY

Conference adjourned to 10/15/14 at 4:00 pm

RE: *US v. Lustyik, et. al., 13cr0616-VLB*

Dear Judge Bricetti:

Yesterday you issued a letter addressing the government's response to my letter regarding security clearance. In your letter you set a conference this Friday October 10, 2014, at 10am. I am writing to inform the Court that I have prearranged flight plans to depart Newark International Airport at 6:15am that morning. I would request the Court select an alternative date earlier this week or after October 14, 2014, to discuss the case.

I have spoken to counsel for Mr. Thaler, Jason Ser, who is amenable to moving the scheduled conference ahead to Thursday if the Court is so inclined.

I apologize for the inconvenience. Please let me know if you have any questions.

Respectfully submitted,


Bradley L. Henry

SO ORDERED:

Honorable Vincent L. Briccetti
United States District Judge
Reply Due: June 20, 2014

Cc:    All parties listed on ECF