



*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*United States Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 16, 2014

**BY HAND**
Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

      Re:    <u>United States v. Robert Lustyik, et al.</u>
            13 Cr. 616 (VB)

Dear Judge Briccetti:

      In light of recent developments, the Government respectfully requests that the Court vacate the *ex parte* hearings scheduled for October 17, 2014. Currently, the Court is planning to meet with Lustyik's counsel at 11:00 a.m. on October 17, and Thaler and Ahmed's counsel at 2:00 p.m. on October 17.

      Respectfully submitted,

      PREET BHARARA
      United States Attorney

by: _____/s_____
      Benjamin Allee
      Assistant United States Attorney
      (914) 993-1962

      JACK SMITH
      Chief, Public Integrity Section

      Emily Rae Woods
      Trial Attorney
      Public Integrity Section
      United States Department of Justice
      (202) 616-2691

Cc:     Raymond Mansolillo, Esq. (by email)
        Jason Ser, Esq. (by email)
        Brad Henry, Esq. (by email)