United States District Court
Southern District of New York

- - - - - - - - - - - - - - - - - - - - - - - -

United States of America

      V

Robert Lustyik

- - - - - - - - - - - - - - - - - - - - - - - -

13 cr. 616-1  (VB)

**ORDER**

    It is hereby Ordered that attorney Raymond Mansolillo, Esq. is relieved as attorney of record and it is further Ordered that attorney Robert A. Soloway, Esq. is appointed as attorney of record.

SO ORDERED:

_____
Vincent L. Briccetti, USDJ

Dated: 11-6-14