AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN         DISTRICT OF         NEW YORK

## APPEARANCE

Case Number: 13 Cr. 616 (VB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Robert Lustyik

I certify that I am admitted to practice in this court.

11/10/2014
Date

*[Signature]*
Signature

Robert A. Soloway, Esq.                                RS6209
Print Name                                             Bar Number

100 Lafayette Street, Suite 501
Address

New York              NY                10013
City                  State             Zip Code

(212) 571-5500                          (212) 571-5507
Phone Number                            Fax Number