UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
UNITED STATES OF AMERICA       :

v.                             :

                               :     13 CR 616 (VB)
ROBERT LUSTYIK,                :
JOHANNES THALER, and           :
RIZVE AHMED, a/k/a "Caesar,"   :
              Defendants.      :
----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-17-14

ORDER

After consultation with counsel at a conference held today, it is hereby ORDERED:

1. By December 5, 2014, the government shall make its submission regarding the discoverability of the materials produced to Lustyik in the Utah case.

2. Lustyik's response (if any) to the government's December 5, 2014, submission is due December 12, 2014.

3. A conference shall be held on December 16, 2014, at 11:30 a.m.

4. The Court shall hold a hearing pursuant to Section 6 of the Classified Information Procedures Act on January 12, 2015, at 10:00 a.m.

5. Lustyik's response to the government's motions in limine (Doc. #139), and any revisions or additions to his previous motions in limine (Doc. #140), are due January 20, 2015.

6. The government's response to Lustyik's January 20, 2015, submission (if any) is due January 27, 2015.

7. Lustyik shall file proposed voir dire questions and requests to charge by February 2, 2015.

8. A final pretrial conference will be held on February 2, 2015, at 10:30 a.m.

9. Jury selection and trial are scheduled for February 9, 2015, at 9:30 a.m.

Dated: November 17, 2014
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge