

# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

LUCAS ANDERSON

Tel: (212) 571-5500
Fax: (212) 571-5507

November 19, 2014

Hon. Vincent L. Briccetti
United States District Judge
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

       Re:  United States v. Robert Lustyik
            13 Cr. 616 (VLB)

Dear Judge Briccetti:

    Pursuant to the terms of the CIPA protective order signed by your Honor on June 18, 2014, I enclose the fully executed Memorandum of Understanding which is required to be filed with the Court. Thank you.

Sincerely,

Robert A. Soloway

cc: AUSA Benjamin Allee
RAS:sc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA             :
                                     :
v.                                   :
                                     :
ROBERT LUSTYIK,                      :          13 CR 616 (VB)
JOHANNES THALER, and                 :
RIZVE AHMED,                         :
                                     :
                        Defendants.  :
----------------------------------------------------------x

## MEMORANDUM OF UNDERSTANDING

1. Having familiarized myself with the applicable laws, I understand that I have already received and/or may be the future recipient of documents and information that pertain to the national security of the United States of America and that are the property of the United States, and that such documents and information, together with the methods of collection of such, are classified according to security standards set by the United States government.

2. I agree that I shall never divulge, publish, or reveal, either by word, conduct, or any other means, such classified documents or information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as authorized by the Court pursuant to the Classified Information Procedures Act (CIPA) or the CIPA Protective Order entered in the above-captioned case, or as otherwise ordered by the Court.

3. I agree that this Memorandum of Understanding and any other nondisclosure agreement signed by me in connection with this case will remain forever binding upon me.

4. I have received, read, and understand the CIPA Protective Order entered by the United States District Court for the Southern District of New York in the above-captioned case, and I agree to comply with the provisions contained therein.

5.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Name: __ROBERT A. SOLOWAY__

Date and
Place of Birth: __4/23/57 BRONX NY__

__/s/ RA Soloway__
(Signature)

__11/17/14__
Date

2