UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
United States of America,                                   :        (Ex Parte)
                                                            :
            vs.                                             :
                                                            :        __13__ Cr. __616__ ( VB )
Robert G. Lusyik, Jr.                                       :
                                                            :
                                                            :
------------------------------------------------------------X

It is hereby ordered that because of the anticipated length of the representation in this case, CJA expert(s) may submit interim vouchers for representation of his/their client. Each voucher is to cover a minimum of a two (2) week period with the first voucher to include the period from the date of appointment.

The notation "interim voucher" should be placed on the top of all but the final CJA Form 21. Each voucher shall be numbered in series and include the time period each covers in the space on the form marked "proceeding." All interim vouchers shall be supported by detailed and itemized time and expense statements. Chapter 3 of the Guidelines for the Administration of the Criminal Justice Act outlines the procedures and rules for claims by CJA experts and should be followed regarding each voucher.

Twenty percent, or one-fifth, of the claimed compensation on the interim vouchers shall be withheld at the Court's disposition pending approval of the final voucher.

At the conclusion of the representation, the expert shall submit a final voucher which shall be labeled as such and shall set forth in detail the time and expenses claimed for the entire case including all appropriate documentation. The expert shall reflect all compensation and reimbursement previously received on the appropriate line of the final voucher as well as the net amount remaining to be paid at the conclusion of the case.

The expert may be reimbursed for out-of-pocket expenses reasonably incurred incident to the representation. The expert should incur no single expense item in excess of $150.00 without prior approval of the Court. Such approval may be sought by filing an ex-parte application with the Clerk stating the nature of the expense, the estimated dollar cost and the reason the expense is necessary to the representation. An application seeking such approval may be filed <u>in camera</u> if necessary. Recurring expenses, such as telephone toll calls, photocopying and photographs which aggregate more than $150.00 on one or more interim vouchers are not considered single expenses requiring Court Approval.

Dated: White Plains, New York, New York
1/13/15

_____
United States District Judge

Dated: New York, New York

_____
Chief Judge of the United States Court of Appeals
for the Second Circuit