```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　　　　　　　　　:　　**ORDER**
　　　　　　　　　　　　　　　　　　　　　　　:
ROBERT LUSTYIK,　　　　　　　　　　　　　　: 　　13 CR 616-1 (VB)
　　　　　　　　　　　Defendant.　　　　　　　:
--------------------------------------------------------------x

　　　　By motion dated May 20, 2022, defendant Robert Lustyik moves for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  (Doc. #230).

　　　　The government is directed to file a response to the motion by June 14, 2022.  The government's response shall address (i) the issue of exhaustion, (ii) defendant's current BOP status, and (iii) the merits of the motion.

　　　　Chambers will mail a copy of this Order to defendant at the following addresses:

Robert Lustyik, Reg. No. 91912-054
RRM New York
Residential Reentry Office
100 29th Street
Brooklyn, NY  11232

Robert Lustyik
21 Devries Avenue
Sleepy Hollow, NY  10591

Dated: May 24, 2022
　　　　White Plains, NY　　　　　　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Vincent L. Briccetti
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

*Copies Mailed/Faxed 5/24/22 DH*
*Chambers of Vincent L. Briccetti*