

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 17, 2022

**BY ECF**

The Honorable Vincent L. Briccetti
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

    Re:    <u>United States v. Robert Lustyik</u>, 13 Cr. 616 (VB)

Dear Judge Briccetti:

    The above-referenced action (the "Action") was terminated on September 15, 2015, after the above-referenced defendant in the Action (the "Defendant") was sentenced to 60 months' imprisonment following his guilty plea. (Dkt. 198). On May 23, 2022, the Defendant moved for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (the "Motion"). (Dkt. 230). The following day, the Government was directed to file a response to the Motion by June 14, 2022 (Dkt. 231), but given that the previous attorney representing the Government on the Action is no longer with the Government, the Government was inadvertently unable to satisfy the Court's order. The undersigned shall now represent the Government in the Action, and the Government respectfully writes to request an adjournment of approximately 30 days to respond to Defendant's Motion.

APPLICATION GRANTED **IN PART**
SO ORDERED:
_____
Vincent L. Briccetti, U.S.D.J.
Dated: 6/17/22
White Plains, NY

The government's response in due 7/8/2022.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Kingdar Prussien
Assistant United States Attorney
(914) 993-1927

Copies Mailed/Faxed 6/17/22
Chambers of Vincent L. Briccetti