Case 7:13-cr-00616-VB   Document 241   Filed 07/10/24   Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7/10/24

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 13 CR 616-1 (VB) |
| ROBERT G. LUSTYIK ) | USM No: 91912-054 |
| ) | |
| Date of Original Judgment: 09/14/2015 ) | Pro se |
| Date of Previous Amended Judgment: _____ ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment if Any)* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[✓]DENIED.   [ ]GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   09/14/2015   shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 07/10/2024

Judge's signature

Effective Date: _____
*(if different from order date)*

Vincent L. Briccetti, U.S.D.J.
*Printed name and title*